```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 09-47215 RLE** |
| **JOSE FRANCISCO JAIME and IRENE REYES-HERNANDEZ,** | **Chapter 13** |
| Debtors. | **MOTION TO MODIFY CHAPTER 13 PLAN** |
| _____/ | |

The above-named debtors apply to the court for an order to modify their Chapter 13 Plan as follows:

Debtors will pay $100.00 to the Trustee for September 2013. Commencing October 2013, Debtors will pay $440.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds:
On August 9, 2013, Mr. Jaime suffered a work-related injury. Mr. Jaime expects to start receiving worker's compensation benefits in October which will allow the Debtors to make their Chapter 13 plan payments.

Dated: September 6, 2013

                                                 /s/ Anne Y. Shiau
                                               ANNE Y. SHIAU
                                               Attorney for Debtors