1 | Martha G. Bronitsky
Chapter 13 Standing Trustee
2 | 6140 Stoneridge Mall Rd #250
Pleasanton,CA 94588-4588
3 | (925) 621- 1900
13trustee@oak13.com
4 |

5 | Trustee for Debtor(s)

**The following constitutes
the order of the court. Signed October 11, 2013**

Roger L. Efremsky
U.S. Bankruptcy Judge

6 |

7 |

8 |

9 |

10 | UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
11 | OAKLAND DIVISION

12 | In re                                    Chapter 13 Case No. 09-47215-RLE13
Jose Francisco Jaime
13 | Irene Reyes-Hernandez
                              debtor(s)
14 | **ORDER VACATING**
**ORDER TO EMPLOYER OF DEBTOR TO PAY EARNINGS TO TRUSTEE**
15 |

16 |       At the request of the Chapter 13 Standing Trustee the Order to Employer of Debtor to Pay

17 | Earnings to Trustee dated 06/24/2010 is hereby vacated.

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

END OF ORDER

1        NO COURT SERVICE REQUIRED

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Case: 09-47215  Doc# 66  Filed: 10/11/13  Entered: 10/11/13 14:11:50  Page 2 of 2